UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Richard D. Haack
Chapter 7 Case No.   09-34807

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC, assignee of Citibank, C/O Resurgent Capital PO Box 19008 Greenville, SC 29602 | 2 | 86.97 | 2.15 |

Date:   November 2, 2010

_____
Trustee

RECEIVED 10 NOV -9 AM 9:36 U.S. BANKRUPTCY COURT ST. PAUL, MN